IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| SIERRA CLUB, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 3:08cv664 |
| LISA P. JACKSON, in her official capacity as Administrator, United States Environmental Protection Agency, | : | |
| Defendant. | : | |

## ORDER STAYING LITIGATION

Upon consideration of the joint motion of the Plaintiff and Defendant and for good cause shown, IT IS HEREBY ORDERED:

All proceedings in this case, including Defendant's obligation to file its response to the Complaint, are stayed until March 30, 2009.

Entered this _18th_ day of February, 2009.

BY THE COURT:

_Barbara B. Crabb_
BARBARA B. CRABB
District Judge

-1-